**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOD ALLARD, an individual, CHRIS BROWNFIELD, an individual, RON BRUSHI, an individual, BARBARA LEE, an individual, and HUBER MADSEN, an individual,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>KIA AMERICA, INC., and DOES 1 through 10, inclusive,<br><br>　　　Defendants. | **CASE NO:  8:24-cv-00036-SRM-JDE**<br><br>**ORDER TO DISMISS CASE WITH PREJUDICE** |

In accordance with a stipulation to that effect:

IT IS HEREBY ORDERED that Defendant, KIA AMERICA, INC. ("Defendant"), in the above entitled cause is dismissed, with prejudice, and without costs to any of the parties hereto.

IT IS FURTHER ORDERED that this dismissal resolves the last pending claim that Plaintiffs have against Defendant and closes this case in its entirety.

Dated: March 25, 2025

HON. SERENA R. MURILLO
U.S. DISTRICT JUDGE